# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHESTER C. GRAHAM, | Case No. 18-CV-933 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| GRAND CELEBRATION CRUISES, L.L.C., a Florida limited liability company, | |
| Defendant. | |

The Court has received the April 18, 2019 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. [ECF No. 17.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 17] is ACCEPTED;

2. Plaintiff's Complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 3, 2019　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　United States District Judge